

05-CV-05445-ORD

FILED _____ LODGED
_____ RECEIVED

MAY - 8 2006

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES WASSUM, and SUSAN ELWIN, | ) |
| Plaintiffs, | ) Case No.: C05-5445-RBL |
| vs. | ) |
| DEX MEDIA (f/k/a) Qwest Dex, Inc; and Doug Kelly and "Jane Doe" Kelly, individually and in the marital community composed thereof; and Robert Dodson and "Jane Doe" Dodson, individually and in the marital community composed thereof; and Regis Sager, and "Jane Doe" Sager, individually and in the marital community composed thereof. | ) PROPOSED ORDER GRANTING MOTION TO AMEND |
| Defendants. | ) |

This Matter, comes before the Court on Plaintiffs' Motion to Amend the Complaint to add additional parties of Regas Sager and "Jane Doe" Sager and to allege additional claims. The Court, being aware of FRCP 15 and, after a review of the record and file herin, including, but not limited to Plaintiffs' Motion to Amend, the Declaration of John R. Bonin in support of the Motion to Amend and, after review of the proposed Amended Complaint finds that cause exists to allow the Plaintiff to Amend the Complaint filed herein.

PROPOSED ORDER RE: AMENDED COMPLAINT - 1

John R. Bonin, P.S.
A Professional Service Corporation
P.O. Box 783 Shelton, WA 98584
(360) 427-7474

1    Therefore, it is hereby Ordered that Plaintiff's Motion to Amend Complaint is
2  GRANTED.
3    Done in Open Court/in Chambers this 8th day of May    2006
4
5    [signature]
6    The Honorable Ronald B. Leighton
7    Federal Judge, Western District of Washington
8
9    Presented by:
10
11    /S/john bonin_____
12    John R. Bonin, WSBA 25760
13    Attorney for Plaintiffs Wassum and Elwin
14
15    John R.Bonin
      John R. Bonin, P.S.
16    PO Box 783
      Shelton, WA 98584
17    (360)427-7474
      (360) 427-7475
18    jbonin@hctc.com
19
20
21
22
23
24
25  PROPOSED ORDER RE: AMENDED COMPLAINT - 2

John R. Bonin, P.S.
A Professional Service Corporation
P.O. Box 783 Shelton, WA 98584
(360)427-7474